# Court of Appeals
# of the State of Georgia

ATLANTA, July 03, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1970. JOHNDELL SANDERS v. OLIVIA PLACE, LLC d/b/a OLIVIA PLACE APARTMENTS, et al.**

On May 1, 2013, the trial court entered an order granting summary judgment to the defendants in this premises liability case. On June 3, 2013, the plaintiff filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). The plaintiff filed her notice of appeal 33 days after entry of the order she seeks to challenge. This appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/03/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*